## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| MONTREAL LINN | CIVIL ACTION NO. 23-547 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LOUISIANA WORKFORCE COMMISSION | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

Based on the foregoing Memorandum Ruling, **IT IS ORDERED** that the Louisiana Workforce Commission's motion to dismiss [Record Document 9] is hereby **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the Louisiana Workforce Commission's motion to dismiss for improper venue is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Montreal Linn's claims arising under § 1983, the ADEA, the ADA, and Louisiana state contract and tort law are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Montreal Linn's claim arising under Title VII of the Civil Rights Act is **DISMISSED WITH PREJUDICE** pursuant to Rule 12(b)(6).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 10th day of December, 2023.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE